| | |
|---|---|
| 1  JOSEPH P. RUSSONIELLO (CA 44332)<br>   United States Attorney | **FILED** |
| 2 | |
| 3  BRIAN J. STRETCH (CABN 163973)<br>   Chief, Criminal Division | JUL 2 5 2008 |
| 4  S. WAQAR HASIB (CABN 234818)<br>   Assistant U.S. Attorney | RICHARD W. WIEKING<br>CLERK, U.S. DISTRICT COURT<br>NORTHERN DISTRICT OF CALIFORNIA |

450 Golden Gate Ave (11th Floor)
San Francisco, CA 94102
Telephone: (415) 436-7359
Facsimile: (415) 436-7234

Attorneys for the United States

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>                              )<br>       V.                     )<br>                              )<br>                              )<br> TIMOTHY L. LANTZ             )<br>                              )<br>                              )<br>_____) | CRIMINAL NO. 3:08-70463-MEJ<br><br>NOTICE OF PROCEEDINGS ON<br>OUT-OF-DISTRICT CRIMINAL<br>CHARGES PURSUANT TO RULES<br>5(c)(2) AND (3) OF THE FEDERAL RULES<br>OF CRIMINAL PROCEDURE |

Please take notice pursuant to Rules 5(c)(2) and (3) of the Federal Rules of Criminal Procedure that on July 24, 2008, the above-named defendant was arrested based upon an arrest warrant (copy attached), issued upon an indictment (copy attached) pending in the Southern District of Ohio, case number 08-CR-015. In that case, the defendant is charged with transportation of visual depictions involving minors engaged in sexually explicit conduct, in violation of 18 U.S.C. § 2252(a)(1) and (b)(1), transportation of child pornography in violation of 18 U.S.C. § 2252A(a)(1) and (b)(1), possession of visual depictions of minors engaged in sexually explicit conduct, in violation of 18 U.S.C. § 2252(a)(4)(B) and (b)(2), giving notice to exchange visual depictions of minors engaged in sexually explicit conduct, in violation of 18 U.S.C. § 2251(d)(1)(B), (d)(2)(B), and (e), attempting to induce a minor to engage in sexually explicit conduct to produce a visual depiction, in violation of 18 U.S.C. § 2251(a) and (e), and

1 | failing to update a sex offender registration, in violation of 18 U.S.C. § 2250(a).

Respectfully Submitted,
JOSEPH P. RUSSONIELLO
United States Attorney

4 | Date: July 25, 2008

S. WAQAR HASIB
Assistant United States Attorney

AO 442 (Rev. 10/03) Warrant for Arrest

# UNITED STATES DISTRICT COURT

__SOUTHERN__ District of __OHIO__

UNITED STATES OF AMERICA

V.

TIMOTHY L. LANTZ

**WARRANT FOR ARREST**

Case Number: **2:08 cr 015**

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest __TIMOTHY L. LANTZ__
Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☒ Indictment  ☐ Information  ☐ Complaint  ☐ Order of court  ☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice

charging him or her with (brief description of offense)

transportation of visual depictions, transportation of child pornography, possession of visual depictions, notice to exchange visual depictions, attempt to induce a minor to engage in sexually explicit conduct to produce a visual depiction and failure to update sex offender registration

in violation of Title __18__ United States Code, Section(s) __2252(a)(1)&(b)(1); 2252A(a)(1)&(b)(1); 2252(a)(4)(B)&(b)(2); 2251(d)(1)(B), (5)(2)(B)&(e); 2251(a)&(e); and 2250(a)__

JAMES BONINI
Name of Issuing Officer

Signature of Issuing Officer

CLERK
Title of Issuing Officer

1/24/08 - Columbus, Ohio
Date and Location

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant at

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | Case No. |
| Plaintiff | : | JUDGE |
| vs. | : | 18 U.S.C. § 2252(a)(1) and (b)(1)<br>Transportation of Visual Depictions |
| TIMOTHY L. LANTZ, | : | (Counts 1-2) |
| Defendant. | : | 18 U.S.C. § 2252A(a)(1) and (b)(1)<br>Transportation of Child Pornography |
| | : | (Counts 3-4) |
| | : | 18 U.S.C. § 2252(a)(4)(B) and (b)(2)<br>Possession of Visual Depictions |
| | : | (Count 5) |
| | : | 18 U.S.C. §2251(d)(1)(B), (d)(2)(B) and (e)<br>Advertising Visual Depictions |
| | : | (Counts 6 and 7) |
| | : | 18 U.S.C. §. 2251(a) and (e)<br>Attempt to Make Visual Depictions |
| | : | (Count 8) |
| | : | 18 U.S.C. § 2250(a)<br>Failure to Register (Count 9) |
| | : | |
| | : | 18 U.S.C. § 2253(a)(1)and (3)<br>Forfeiture (Count 10) |

## INDICTMENT

THE GRAND JURY CHARGES:

### COUNT 1
Transportation of Visual Depictions
18 U.S.C. § 2252(a)(1) and (b)(1)

1  On or about June 21, 2006 in the Southern District of Ohio and in the Western

1

District of New York, Defendant TIMOTHY L. LANTZ, did knowingly transport and ship in interstate commerce by means of a computer, one or more visual depictions, that is, specifically digital videos entitled:

a) lnick_gets_sucked_by_yng_boy.mpeg,
b) 0pretean_boy_likes_cock-yes.mpg,
c) 10rides14.mpg,
d) 11yo_boy_makes_13yo_boy_cum.mpg,
e) russian_boy_cumming.mpg,
f) epsn008.jpg,
g) epsn0011.jpg,
h) epsn0015.jpg,
i) epsn0024.jpg,
j) epsn0026.jpg,
k) epsn0028.jpg,
l) epsn0031.jpg,
m) wee01.jpg,
n) wee02.jpg,
o) wee03.jpg,
p) wee05.jpg,
q) wee06.jpg,
r) wee15.jpg,
s) epsn0032.jpg,
t) epsn0033.jpg,
u) epsn0078.jpg,

and the production of each visual depiction involved the use of a minor engaged in sexually explicit conduct and each visual depiction was of such conduct.

All in violation of 18 U.S.C. § 2252(a)(1) and 18 U.S.C. § 2252(b)(1).

### COUNT 2
### Transportation of Visual Depictions
### 18 U.S.C. § 2252(a)(1) and (b)(1)

1. On or about June 22, 2006 in the Southern District of Ohio and in the District of Montana, Defendant TIMOTHY L. LANTZ, did knowingly transport and ship in interstate commerce by means of a computer, one or more visual depictions, that is, specifically digital images entitled:

a) wee06.jpg,
b) 13yo_boner015.jpg,
c) 03-111.jpg,
d) my_boys_-_189.jpg,

2

and the production of each visual depiction involved the use of a minor engaged in sexually explicit conduct and each visual depiction was of such conduct.

All in violation of 18 U.S.C. § 2252(a)(1) and 18 U.S.C. § 2252(b)(1).

### COUNT 3
### Transportation of Child Pornography
### 18 U.S.C. § 2252A(a)(1) and (b)(1)

1. On or about June 21, 2006, in the Southern District of Ohio and in the Western District of New York, Defendant TIMOTHY L. LANTZ, did knowingly transport in interstate commerce by means of a computer one or more items of child pornography, that is, specifically digital images entitled

a) 10fuck08yo.jpg;
b) 10yo_boy_sticks_willy_up.jpg,
c) 10a-cogiendo.jpg,
d) epsn0012.jpg,
e) epsn0027.jpg,
f) epsn0029.jpg,
g) epsn0030.jpg,
h) epsn0034.jpg,
i) epsn0035.jpg,
j) epsn0036.jpg,
k) epsn0037.jpg,
l) epsn0038.jpg,
m) epsn0039.jpg
n) epsn0040.jpg,
o) epsn0041.jpg,
p) epsn0042.jpg,
q) epsn0043.jpg
r) epsn0041.jpg,
s) epsn0042.jpg,
t) epsn0043.jpg,
u) epsn0044.jpg,
v) epsn0045.jpg,
w) epsn0046.jpg,
x) epsn0047.jpg,
y) epsn0048.jpg,
z) epsn0061.jpg,
aa) epsn0063.jpg,
bb) epsn0064.jpg,
cc) epsn0073.jpg,
dd) epsn0076.jpg,
ee) epsn0077.jpg,
ff) epsn0078.jpg,
gg) boyfuck.mpg,
hh) !dad&son.mpg,

and the production of each visual depiction involved the use of a minor engaged in sexually

3

explicit conduct and each visual depiction was of such conduct.

All in violation of 18 U.S.C. § 2252A(a)(1) and 18 U.S.C. § 2252A(b)(1).

### COUNT 4
### Transportation of Child Pornography
### 18 U.S.C. § 2252A(a)(1) and (b)(1)

1. On or about June 22, 2006 in the Southern District of Ohio and in the District of Montana, Defendant TIMOTHY L. LANTZ, did knowingly transport in interstate commerce by means of a computer one or more items of child pornography, that is, specifically digital images entitled

   a) my_boys_-_163.jpg,
   b) my_boys_-_177.jpg,
   c) 10fuck08yo.jpg,
   d) 10yo_boy_sticks_willy_up.jpg,
   e) 10a-cogiendo.jpg,

and the production of each visual depiction involved the use of a minor engaged in sexually explicit conduct and each visual depiction was of such conduct.

All in violation of 18 U.S.C. § 2252A(a)(1) and 18 U.S.C. § 2252A(b)(1).

### COUNT 5
### Possession of Visual Depictions
### 18 U.S.C. § 2252(a)(4)(B) and (b)(2)

1. On or about January 19, 2007, in the Southern District of Ohio, Defendant TIMOTHY L. LANTZ, knowingly possessed one (1) or more materials, specifically over 3,000 digital images and digital videos, collectively "computer graphics files" including those identified specifically below by file name, which each contained a visual depiction that had been mailed,

4

shipped and transported in interstate commerce, by any means including computer, and which was produced using materials which had been mailed and so shipped and transported, and the production of such visual depiction involved the use of a minor engaging in sexually explicit conduct and such visual depiction was of such conduct:

1) KDV - Mikael - 8 Amazing!!.mpg;

2) (pthc)vicky_9yo_early works(rare).mpg;

3) 11yo boy Devon - uncut 28m42s s00 hmv hrn pjk kdv preteen boys gerbys starskysh yamad sex fuck.mpg;

4) (Pthc) (Webcam) Ashley 13Yo (Having Fun And Masturbate) (yahoo ID. iamcatgirl2002) (6 08 min).avi;

5) (pthc) 9yo vicky stripping and sucking (kiddy pedo illegal underage preteen).mpg;

6) 5 2 Cute Adorable Little 10yo Preteen Boys Snuggle & Kiss Naked Nude Pedo Young Child Sex Kdv Rbv Pjk.mpg;

7) 12yo boys playing sex - boyorgie01 kdv rbv pjk rf# s00 hmv b n gerbys preteen boys boy sex starskysh yamad fuck pthc crimea kingpass p101 zz fkk.mpg;

8) P101 12Yo Boys Playing Sex - Boyorgie02 Pjk s00 Hmv Brn Kdv Rbv Rf# Gerbys Preteen Boy p101 Crimea Yamad Starskish.mpg;

9) (PTHC) 12 yo girlfriend Homeclips - Webcam Amateurs Prt.mpg;

10) (PTHC) my 12 yo girlfriend Homeclips - Webcam Amateurs Prt 2.mpg;

11) PJK - PTHC - KDV - ( RBV ) - PEDO --- 30 --- SK --- Starskysh --- Boys - 14yo - 15yo - Russian - 06-57min.mpg;

12) bibcam-14 Yo Boy In Shower Sex With 15 Yo Boy Cum.mpg;

13) !!NEW!!!-pthc-Amber 7yr old pedo-Preview(1).mpg.

In violation of 18 U.S.C. § 2252(a)(4)(B) and 18 U.S.C. § 2252(b)(2).

5

## COUNT 6
### Notice to Exchange Visual Depictions
### 18 U.S.C. § 2251(d)(1)(B), (d)(2)(B) and (e)

1. On or about June 21, 2006, in the Southern District of Ohio and in the Western District of New York, defendant TIMOTHY L. LANTZ, did knowingly make and publish or cause to be made and published a notice or advertisement, specifically in the #allboys channel on the UnderNet IRC server using the screen name "Serving_All", seeking and offering to receive, exchange, display, distribute and reproduce a visual depiction, the production of which involved the use of a minor engaging in sexually explicit conduct and such visual depiction is of such conduct, and Defendant TIMOTHY L. LANTZ knew and had reason to know that such notice would be transported across state lines by any means including by computer and such notice was actually transported across state lines by any means including by computer.

In violation of 18 U.S.C. § 2251(d)(1)(B), (d)(2)(B) and (e).

## COUNT 7
### Notice to Exchange Visual Depictions
### 18 U.S.C. § 2251(d)(1)(B), (d)(2)(B) and (e)

1. On or about June 22, 2006, in the Southern District of Ohio and in the District of Montana, defendant TIMOTHY L. LANTZ, did knowingly make and publish or cause to be made and published a notice or advertisement, specifically in the #allboys channel on the UnderNet IRC server using the screen name "Serving_All", seeking and offering to receive, exchange, display, distribute and reproduce a visual depiction, the production of which involved the use of a minor engaging in sexually explicit conduct and such visual depiction is of such

6

conduct, and Defendant TIMOTHY L. LANTZ knew and had reason to know that such notice would be transported across state lines by any means including by computer and such notice was actually transported across state lines by any means including by computer.

In violation of 18 U.S.C. § 2251(d)(1)(B), (d)(2)(B) and (e).

## COUNT 8

### Attempt to Induce a Minor to Engage in Sexually Explicit Conduct to Produce a Visual Depiction
### 18 U.S.C. § 2251(a) and (e)

1. On or about June 21, 2006, in the Southern District of Ohio and in the Western District of New York, defendant TIMOTHY L. LANTZ, attempted to use, persuade, induce, entice and coerce any minor to engage in any sexually explicit conduct for purpose of producing any visual depiction of such conduct, knowing or having reason to know that such visual depiction will be transported in interstate or foreign commerce.

In violation of 18 U.S.C. § 2251(a) and (e).

## COUNT 9

### Failure to Update Sex Offender Registration
### 18 U.S.C. § 2250(a)

1. On or about January 26, 2007, in the Southern District of Ohio and elsewhere, defendant, TIMOTHY L. LANTZ, an individual required to register under the Sex Offender Registration and Notification Act, traveled in interstate and foreign commerce and did

7

knowingly fail to update a registration as required by the Sex Offender Registration and Notification Act.

In violation of 18 United States Code § 2250(a).

### COUNT 10
### Forfeiture
### 18 U.S.C. § 2253(a)(1) and (3)

The allegations of Counts 1 through 8 of this Indictment are hereby incorporated by reference as part of this Count as if fully rewritten herein for purposes of alleging forfeitures to the United States of America pursuant to the provisions of 18 U.S.C. § 2253.

As a result of the offenses alleged in Counts 1 through 9 of this Indictment, and upon conviction thereof, Defendant TIMOTHY L. LANTZ shall forfeit to the United States:

(a) all matter containing said visual depictions or child pornography, transported, mailed, shipped and possessed in violation thereof; and,

(b) all property used and intended to be used to commit and to promote the commission of the aforementioned violations, including but not limited to the following:

1. Generic computer no s/n with a Quantum 4GB hard drive s/n 824916131869;

2. Compaq Presario s/n MXK3370NR6 with a Maxtor 40 GB hard drive s/n D285EY4E;

3. H/P Pavilion s/n KR24905537 with a Western Digital WD400 40 GB hard drive s/n WMAAT6569903;

4. JDR Micro computer with no serial number;

5. Western Digital 136aa 13.6 GB hard drive s/n WM9120475853;

6. Seagate Medalist 3.2 GB hard drive s/n 5AB0L:JA;

8

7. Dell computer s/n 3RX3441 Maxtor DiamondMax 40 GB hard drive s/n E1MKSEYE;

8. Mac G3 s/n XA92808XGSM;

9. Black generic computer with no serial number with a Western Digital WD800 80GB hard drive s/n WCAMD1667667; and

10. All floppy discs and electronic storage devices containing child pornography.

In violation of 18 U.S.C § 2253(a)(1) and (3)

A TRUE BILL.

_____
FOREPERSON

GREGORY G. LOCKHART
UNITED STATES ATTORNEY

_____
GARY L. SPARTIS
DEPUTY CRIMINAL CHIEF

9