

UNITED STATES DISTRICT COURT
Northern District of California
450 Golden Gate Avenue
San Francisco, California 94102

www.cand.uscourts.gov

Richard W. Wieking
Clerk

General Court Number
415.522.2000

July 31, 2008

Office of the Clerk
U.S. District Court
Southern District of Ohio
Joseph P. Kinneary U.S. Courthouse
85 Marconi Boulevard, Room 269
Columbus, OH 43215



| Case Name: | US v Timothy L. Lantz |
| Case Number: | 3-08-70463 MEJ |
| Charges: | 18:2252 Sexual Exploitation of Minors |

Dear Clerk:

The above charges originated in your district and the defendant has appeared before U.S. Magistrate Judge Maria-Elena James. The following action has been taken:

(X)   The U.S. Marshal has been ordered to remove this defendant to your district forthwith.

( )   The defendant has a court appearance in your court on:

Enclosed are the following documents:
original Rule 5 affidavit
original minute orders
certified copy of *AO 94, Commitment to Another District*

Please acknowledge receipt of the documents on the attached copy of this letter and return in the envelope provided.

Sincerely yours,

RICHARD WIEKING, Clerk

by: *[signature]*
Case Systems Administrator

Enclosures
cc: Financial Office

---

Receipt of the above-described documents is acknowledged herewith and assigned case number:

2:08-cr-015-(1) GCS

Date: 8/8/08

CLERK, U.S. DISTRICT COURT

By *[signature]*
Deputy Clerk